**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| John Raymond Nichols, ) | |
| ) | |
| Plaintiff, ) | No. CIV 04-361-PHX RCB |
| ) | |
| Vs. ) | O R D E R |
| ) | |
| Washington Mutual Home Loans, ) | |
| Inc., ) | |
| ) | |
| Defendant. ) | |

On April 18, 2005, Plaintiff John Raymond Nichols filed a motion entitled "Plaintiffs' Motion to Protect." (doc. 38). In its Order of June 29, 2005, the Court discussed this motion and construed it to be a motion for clarification. (doc. 41). However, the Court never entered an explicit order on Nichols' motion. Thus, this order is entered for the sole purpose of clarifying the record.

IT IS ORDERED nunc pro tunc to June 29, 2005, that Plaintiff's Motion for Clarification (doc. 38) is GRANTED in part and DENIED in part. It is granted to the extent that it seeks clarification of

1 the Court's Order of August 26, 2004, and is denied in all other
2 respects.
3     DATED this 4th day of October, 2005.

                    _____
                    Robert C. Broomfield
                    Senior United States District Judge

8 Copies to counsel of record.